| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF KENTUCKY |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Fast Flow Plumbing, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **82-4727694** |
| **4.** | **Debtor's address** | **Principal place of business** **1152 Red Lick Rd.** **Berea, KY 40403** Number, Street, City, State & ZIP Code  **Madison** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **390 Blue Sky Pkwy Lexington, KY 40509** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **https://fastflowky.com/** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **Fast Flow Plumbing, LLC**  Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__2382__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Fast Flow Plumbing, LLC** _____ Case number (_if known_) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in _this district_?**

_Check all that apply:_

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (_Check all that apply._)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

    **Statistical and administrative information**

**13. Debtor's estimation of available funds**

_Check one:_

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☒ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  **Fast Flow Plumbing, LLC**  Case number (*if known*)
       Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Fast Flow Plumbing, LLC**     Case number (*if known*)
    Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 26, 2024**
MM / DD / YYYY

X **/s/ Donald Fitzpatrick**     **Donald Fitzpatrick**
Signature of authorized representative of debtor     Printed name

Title **CEO and Corproate Representative**

**18. Signature of attorney**

X **/s/ J. Christian Dennery**     Date **March 26, 2024**
Signature of attorney for debtor     MM / DD / YYYY

**J. Christian Dennery**
Printed name

**Dennery PLLC**
Firm name

**7310 Turfway Rd, Suite 550**
**Florence, KY 41042**
Number, Street, City, State & ZIP Code

Contact phone **859-445-5495**     Email address **jcdenery@dennerypllc.com**

**95878 KY**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Fast Flow Plumbing, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 26, 2024**      X **/s/ Donald Fitzpatrick**
                                           Signature of individual signing on behalf of debtor

                                           **Donald Fitzpatrick**
                                           Printed name

                                           **CEO and Corproate Representative**
                                           Position or relationship to debtor

Official Form 202           **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: **Fast Flow Plumbing, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF KENTUCKY**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Allegiant Partners Incorproated** 123 SW Columbia St Bend, OR 97702 | | | Unliquidated | | | $29,748.43 |
| **Ally** 500 Woodward Ave Detroit, MI 48226 | | | Unliquidated | $34,088.82 | $0.00 | $34,088.82 |
| **Ally** P.O Box 380902 Bloomington, MN 55438-0902 | | | Unliquidated | | | $2,406.58 |
| **American Express** PO Box 981540 El Paso, TX 79998 | | | Unliquidated | | | $98,000.00 |
| **Chase United** PO Box 182051 Columbus, OH 43218-2051 | | | Unliquidated | $17,000.00 | $0.00 | $17,000.00 |
| **Commonwealth of KY** C/o Jessica Norris-Canfield 211 Sower Blvd. P.O Box 615 Frankfort, KY 40602-0615 | | | Unliquidated | | | $7,250.00 |
| **Community Trust Bank** P.O Box 2947 Pikeville, KY 41502 | | | Unliquidated | $166,818.16 | $0.00 | $166,818.16 |
| **First Citizen Bank & Trust Company** 239 Fayetteville Street Raleigh, NC 27601 | | | Unliquidated | | | $9,556.30 |

Debtor **Fast Flow Plumbing, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Flash Funding LLC**<br>**Atty. Erica R. Gilerman, Esq.**<br>**10622 Hirsch Rd**<br>**Houston, TX 77016** | | | **Unliquidated**<br>**Disputed** | | | $226,600.00 |
| **GMC Financial**<br>**P.O. Box 99605**<br>**Arlington, TX 76096** | | | **Unliquidated** | $87,627.70 | $0.00 | $87,627.70 |
| **Huntington National Bank**<br>**5555 Clevland Avenue**<br>**17 S. High Street**<br>**Columbus, OH 43216** | | | **Unliquidated** | $27,976.00 | $0.00 | $27,976.00 |
| **Masters' Supply Inc**<br>**P.O Box 34337**<br>**Louisville, KY 40232** | | | **Unliquidated** | $55,300.95 | $0.00 | $55,300.95 |
| **Mercedez-Benz Financial Services**<br>**14372 Heritage Parkway**<br>**Fort Worth, TX 76177** | | | **Unliquidated** | $93,381.00 | $0.00 | $93,381.00 |
| **Rocket Capital NY LLC**<br>**Berkovitch & Bouskila, Esq.**<br>**1545 U.S 202, Ste 101**<br>**Pomona, NY 10970** | | | **Unliquidated** | | | $246,743.32 |
| **The Home Depot**<br>**P.O Box 2317**<br>**Jacksonville, FL 32207** | | | **Unliquidated** | | | $20,705.01 |
| **United - Mileage Plus**<br>**PO Box 15123**<br>**Wilmingtn, DE 19850-5123** | | | **Unliquidated** | | | $18,000.00 |
| **US Small Business Administration**<br>**C/O David W. Higgs, Esq.**<br>**District Counsel KY & TN**<br>**2 International Plaza, Suite 500**<br>**Nashville, TN 37217** | | | **Unliquidated** | $489,000.00 | $0.00 | $489,000.00 |

Debtor **Fast Flow Plumbing, LLC**
     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Velocity Capital Group Settlement Attn: Gene Rosen's Law Firm 200 Garden City Plaza, Ste 405 Garden City, New York 11530-0000** | | | **Unliquidated Disputed** | | | $278,031.68 |
| **Western Equipment Finance 503 Hwy 2 W, P.O Box 640 Devils Lake, ND 58301** | | | **Unliquidated** | | | $37,724.00 |
| **WLEX Scripps Media, Inc. P.O Box 947746 Atlanta, GA 30394-7746** | | | **Unliquidated** | | | $56,725.00 |

# United States Bankruptcy Court
## Eastern District of Kentucky

In re **Fast Flow Plumbing, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ashley Louise Fitzpatrick**<br>**1152 Red Lick Rd**<br>**Berea, KY 40403** | **Membership Units** | **50%** | **Membership Interest** |
| **Donald Fitzpartick**<br>**1152 Red Lick Rd**<br>**Berea, KY 40403** | **Membership Units** | **50%** | **Membership Interests** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO and Corproate Representative** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 26, 2024**

Signature **/s/ Donald Fitzpatrick**  
**Donald Fitzpatrick**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Allegiant Partners Incorproated
123 SW Columbia St
Bend OR 97702


Ally
500 Woodward Ave
Detroit MI 48226


Ally Bank
P.O Box 8133
Cockeysville MD 21033


American Express
PO Box 981540
El Paso TX 79998


Barr Credit
C/O Lorene Edwards
3444 N. Countyr Club Road, Suite 200
Tucson AZ 85716


Chase United
PO Box 182051
Columbus OH 43218-2051


Commonwealth of KY
C/o Jessica Norris-Canfield
211 Sower Blvd.
P.O Box 615
Frankfort KY 40602-0615


Community Trust Bank
P.O Box 2947
Pikeville KY 41502


First Citizen Bank
155 Commerce Way
Portsmouth NH 03801


First Citizen Bank
239 Fayetteville
St Raleigh NC 27601-1309

First Citizen Bank
PO Box 856502
Minneapolis MN 55485

First Citizen Bank & Trust Company
239 Fayetteville
Street Raleigh NC 27601

Flash Funding LLC
Atty. Erica R. Gilerman, Esq.
10622 Hirsch Rd
Houston TX 77016

GMC Financial
P.O. Box 99605
Arlington TX 76096

Huntington National Bank
5555 Clevland Avenue
17 S. High Street
Columbus OH 43216

Internal Revenue Service
Philedelphia PA 40602

Joseph Baker
C/O Robert L. Roark, Esq
Roark & Korus, PLLC
401 Lewis Hargett Circle, Suite 210
Lexington KY 40503

Kubota Credit Corporation, U.S.A
1000 Kubota Dr.
Grapevine TX 76051

KY Department of Revenue
Legal Branch - Bankruptcy Section
PO Box 5222
Frankfort KY 40602

KY Public Service Commission
Division of Inspection/Damage Prevention
211 Sower Blvd.
Frankfort KY 40601

```
M&T Bank
P.O Box 619063
Dallas TX 75261-9063


Masters' Supply Inc
P.O Box 34337
Louisville KY 40232


Mercedez-Benz Financial Services
14372 Heritage Parkway
Fort Worth TX 76177


Rocket Capital NY LLC
Berkovitch & Bouskila, Esq.
1545 U.S 202, Ste 101
Pomona NY 10970


The Home Depot
P.O Box 2317
Jacksonville FL 32207


Toyota Industries Commercial Finance
PO Box 660926
Dallas, Texas 75266-0926


United - Mileage Plus
PO Box 15123
Wilmingtn DE 19850-5123


US Small Business Administration
4300 Amon Carter Blvd
Fort Worth TX 76155


US Small Business Administration
C/O David W. Higgs, Esq.
District Counsel KY & TN
2 International Plaza, Suite 500
Nashville TN 37217


Velocity Capital Group Settlement
Attn: Gene Rosen's Law Firm
200 Garden City Plaza, Ste 405
Garden City, New York 11530-0000
```

Western Equipment Finance
503 Hwy 2 W,
P.O Box 640
Devils Lake ND 58301

WLEX Scripps Media, Inc.
P.O Box 947746
Atlanta GA 30394-7746

# United States Bankruptcy Court
## Eastern District of Kentucky

In re **Fast Flow Plumbing, LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Fast Flow Plumbing, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ashley Louise Fitzpatrick**
**1152 Red Lick Rd**
**Berea, KY 40403**

**Donald Fitzpartick**
**1152 Red Lick Rd**
**Berea, KY 40403**

☐ None [*Check if applicable*]

**March 26, 2024**
Date

**/s/ J. Christian Dennery**
**J. Christian Dennery**
Signature of Attorney or Litigant
Counsel for **Fast Flow Plumbing, LLC**
**Dennery PLLC**
**7310 Turfway Rd, Suite 550**
**Florence, KY 41042**
**859-445-5495 Fax:859-286-6726**
**jcdenery@dennerypllc.com**

# RESOLUTION AUTHORIZING THE COMMENCEMENT OF CHAPTER 11 CASE, APPOINTING DONDALD FITZPATRICK AS THE CORPORATE REPRESENTATIVE IN THE BANKRUPTCY PROCEEDINGS, AND APPROVING OF DENNERY, PLLC AS BANKRUPTCY COUNSEL

**WHEREAS**, at a duly called special meeting of Fast Flow Plumbing, LLC, a limited liability company duly organized under the laws of the state of Kentucky with a business address of 1152 Red Lick Rd. Berea, KY 40403 (the "company" OR "Fast Flow."), it was determined that the company qualifies as a small business debtor under Chapter 11 of the United States Bankruptcy Code, and that the best interest of the Company and its creditors would be served by filing a petition under Chapter 11 of the United States Bankruptcy Code; now therefore:

**IT IS RESOLVED** that the Company shall file a petition under Chapter 11 of the United States Bankruptcy Code with a view of reorganizing its debts and financial affairs.

**IT IS RESOLVED** that, effective March 26, 2024, (the "Effective Date"), Donald Fitzpatrick is hereby designated as the corporate representative who shall have the authority to execute any and all petitions, schedules, statements, plans, and other necessary documents in the Chapter 11 case on behalf of the company.

**IT IS FURTHER RESOLVED** that J. Christian A. Dennery and Dennery, PLLC shall be retained to file a bankruptcy petition on behalf of the Company, and subject to further court approval, represent the company in all matters related to the Chapter 11 case.

The foregoing matters were transacted and unanimously approved by the two members of Fast Flow Plumbing LLC. at a special meeting duly called and held on March 26, 2024.

| | |
|---|---|
| */s/ Donald Fitzpatrick* | *Ashley L. Fitzpatrick* |
| By: Donald Fitzpatrick | By: Ashley L. Fitzpatrick |
| Its: Member | Its: Member |
| Date: Tuesday, March 26, 2024 | Date: Tuesday, March 26, 2024 |

## CERTIFICATION

I, Donald Fitzpatrick, chief executive officer and holder of 50% membership interest in Fast Flow Plumbing LLC, a limited liability company validly existing under the laws of the State of Kentucky with a business address of 1152 Red Lick Rd. Berea, KY 40403, certify and declare under penalty of perjury that the above is a true and correct account of a resolution duly passed and adopted by the company on the Effective Date set forth above.

Certified under penalty of perjury on Tuesday, March 26, 2024 by:

*/s/ Donald Fitzpatrick*
Donald Fitzpatrick
Chief Executive Officer