## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

|  |  |
|---|---|
| In re<br>Fast Flow Plumbing, LLC<br>Debtor | Case No. 24-20346<br>Chapter 11– Subchapter V<br>Small business case<br><br>Hon. Gregory R. Schaaf<br>United States Bankruptcy Judge |

### CERTIFICATE OF SERVICE

I hereby certify that copies of (1) APPLICATION FOR THE ENTRY OF AN INTERIM AND FINAL ORDER AUTHORIZING THE EMPLOYMENT OF DENNERY, PLLC AS COUNSEL FOR DEBTORS IN POSSESSION [ECF No. 12]; (2) FIRST DAY MOTION FOR THE ENTRY OF AN ORDER AUTHORIZING DEBTOR TO MAINTAIN EXISTING BANK ACCOUNTS [ECF No. 13]; (3) DEBTOR IN POSSESSION'S MOTION FOR AUTHORIZATION TO PAY PREPETITION WAGES [ECF No. 14]; and (4) DEBTOR'S MOTION FOR THE ENTRY OF AN INTERIM ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL [ECF No. 15], ORDER SETTING STATUS CONFERENCE AND OTHER DEADLINES IN SUBCHAPTER V CASE [ECF No. 9], were served electronically through the Court's ECF System to all parties registered to receive notices in the above captioned case, by email and fax where available on Friday, March 29, 2024, and on the following by regular U.S. Mail on Saturday, March 30, 2024:

Ally Bank
P.O Box 8133
Cockeysville, MD 21033

First Citizen Bank
155 Commerce Way
Portsmouth, NH 3801

First Citizen Bank
239 Fayetteville
St Raleigh, NC 27601-1309

First Citizen Bank
PO Box 856502
Minneapolis, MN 55485

Joseph Baker
C/O Robert L. Roark, Esq
Roark & Korus, PLLC
401 Lewis Hargett Circle, Suite 210
Lexington, KY 40503
rob@roarkkrorus.com

M&T Bank
P.O Box 17292
Baltimore, MD 21297

Toyota Industries Commercial Finance
PO Box 660926
Dallas, Texas 75266-0926
TICF_CSCS_SM@toyotacf.com

US Small Business Administration
4300 Amon Carter Blvd
Fort Worth, TX 76155

M&T Bank
P.O Box 619063
Dallas, TX 75261-9063

Kubota Credit Corporation, U.S.A
1000 Kubota Dr.
Grapevine, TX 76051
kccwebadmin2@kubota-kna.com

Ally
P.O Box 380902
Bloomington, MN 55438-0902

Commonwealth of KY
C/o Jessica Norris-Canfield
211 Sower Blvd.
P.O Box 615
Frankfort, KY 40602-0615
jnorriscanfield@ky.gov

First Citizen Bank & Trust Company
239 Fayetteville
Street Raleigh, NC 27601
PaymentNotification@firstcitizens.com

Chase United
PO Box 182051
Columbus, OH 43218-2051

The Home Depot
P.O Box 2317
Jacksonville, FL 32207
(800) 288-2828

The Home Depot
Barr Credit
C/O Lorene Edwards
3444 N. Country Club Road, Suite 200
Tucson, AZ 85716

Huntington National Bank
5555 Clevland Avenue
17 S. High Street
Columbus, OH 43216

Allegiant Partners Incorproated
123 SW Columbia St
Bend, OR 97702
cs@apfinancing.com

Ally
500 Woodward Ave
Detroit, MI 48226

| | | |
|---|---|---|
| Western Equipment Finance<br>503 Hwy 2 W,<br>P.O Box 640<br>Devils Lake, ND 58301<br>CustomerCare@WesternEquipmentFinance.com | Community Trust Bank<br>P.O Box 2947<br>Pikeville, KY 41502 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 40602 |
| Masters' Supply Inc<br>P.O Box 34337<br>Louisville, KY 40232<br>(502) 456-6049 | Flash Funding LLC<br>Atty. Erica R. Gilerman, Esq.<br>10622 Hirsch Rd<br>Houston, TX 77016 | KY Public Service Commission<br>Division of Inspection/Damage Prevention<br>211 Sower Blvd.<br>Frankfort, KY 40601 |
| WLEX Scripps Media, Inc.<br>P.O Box 947746<br>Atlanta, GA 30394-7746 | Rocket Capital NY LLC<br>Berkovitch & Bouskila, Esq.<br>1545 U.S 202, Ste 101<br>Pomona, NY 10970<br>(347) 342-3192 | KY Department of Revenue<br>Legal Branch - Bankruptcy Section<br>PO Box 5222<br>Frankfort, KY 40602 |
| GMC Financial<br>P.O. Box 99605<br>Arlington, TX 76096 | Velocity Capital Group Settlement<br>Attn: Gene Rosen's Law Firm<br>200 Garden City Plaza, Ste 405<br>Garden City, New York 11530<br>Gene@GeneRosen.com<br>(347) 578-8793 | Wiseway, LLC<br>7103 Turfway Road, Suite 1000<br>Florence KY 41042 |
| Mercedez-Benz Financial Services<br>14372 Heritage Parkway<br>Fort Worth, TX 76177 | US Small Business Administration<br>C/O David W. Higgs, Esq.<br>District Counsel KY & TN<br>2 International Plaza, Suite 500<br>Nashville, TN 37217 | Wiseway, LLC<br>C/O Robert A Mcmahon, Esq.<br>Eberly Mcmahon Copetas LLC<br>2245 Gilbert Ave., Suite 101<br>Cincinnati OH 45206 |
| American Express<br>PO Box 981540<br>El Paso, TX 79998 | United - Mileage Plus<br>PO Box 15123<br>Wilmingtn, DE 19850-5123 | |

*/s/ J. Christian Dennery*
J. Christian Dennery (KBA No. 95878)
7310 Turfway Rd. Suite 550
Florence, KY 41042
Tl: 859-445-5495
Ph: 859-286-6726
jcdennery@dennerypllc.com