**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| In re | : | Case No. 24-50346 |
| Fast Flow Plumbing, LLC | : | Chapter 11– Subchapter V |
| Debtor | : | Small business case |
| | : | Hon. Gregory R. Schaaf |
| | : | United States Bankruptcy Judge |

**THIRD INTERIM ORDER AUTHORIZING DEBTOR IN POSSESSION TO USE CASH COLLATERAL**

This matter having come before the Court at a hearing on Debtor in Possession's First Day Motion for the Entry of an Interim Order Authorizing Debtor in Possession to Use Cash Collateral and Establishing Adequate Protection Payments [ECF No. 15]. Debtor having been authorized on an interim basis to use cash collateral and to segregate adequate payments for the benefit of secured lenders until a final hearing on this matter could be held [ECF No. 44]; and Debtor having been furthermore authorized to use cash collateral under a second interim order [ECF No. 60]. A hearing on the matter having been held and the Court being otherwise sufficiently advised, **IT IS ORDERED:**

1. The interim period over which Debtor has been authorized to use cash collateral is hereby extended through May 26, 2024.

2. Debtor is authorized to use cash collateral in accordance with the Third Interim Cash Collateral Budget attached hereto with an allowance for a variance in expenditures of not more than 10%.

3. Debtor shall supplement the record with a final cash collateral budget by not later than May 9, 2024.

4. This matter is set for a final hearing on Thursday, May 23, 2024 at 9:00 am at the U.S. Bankruptcy Court for the Eastern District of Kentucky, Community Trust Building, 100 East Vine Street, 2nd Floor, Lexington, KY 40507.

5. Pursuant to KYEB LBR 2081-3(e), the debtor in possession shall, within two (2) days of the entry of this order, serve a copy of the order on all parties in interests, the creditors

described in FRBP 1007(d), all secured creditors, the U.S. Trustee, and the Subchapter V Trustee.

**SO ORDERED**,

## THIRD INTERIM CASH COLLATERAL BUDGET
Week Ending March 31, 2024 to Week Ending May 26, 2024

| | Totals through 05/05/24 | Wk End 05/12/24 | Wk End 05/19/24 | Wk End 05/26/25 | Totals 3/31/2024 to 05/26/24 | % of Sales |
|---|---|---|---|---|---|---|
| | 0% | (week-over-week): | | | 0% | |
| **Income** | | | | | | |
| Sales | $ 339,915 | $ 53,000 | $ 53,000 | $ 53,000 | $ 498,915 | |
| **Total Income** | **$ 339,915** | **$ 53,000** | **$ 53,000** | **$ 53,000** | **$ 498,915** | **100%** |
| | Decrease in Material Costs | ase in COGS - week-over-week | | | Decrease in Material Costs | |
| **Cost of Goods Sold** | | | | | | |
| Job Materials | $ 80,636 | $ 10,529 | $ 10,529 | $ 10,529 | $ 112,223 | |
| **Total Cost of Goods Sold** | **$80,636** | **$ 10,529** | **$ 10,529** | **10,529** | **$112,223** | **22%** |
| **Gross Profit** | **$259,279** | **$ 42,471** | **$ 42,471** | **$ 42,471** | **$386,692** | **78%** |
| **Expenses** | | | | | | |
| **Payroll Expenses** | | | | | | |
| Management | $ 17,409 | $ 5,802.99 | $ 5,802.99 | $ 5,802.99 | $ 34,818 | |
| Office | $ 5,090 | $ 2,427.47 | $ 2,427.47 | $ 2,427.47 | $ 12,372 | |
| Technicians and Labor | $ 12,501 | $ 12,501 | $ 12,501 | $ 12,501 | $ 50,003 | |
| Witholding - ER Contributions | $ 7,440 | $ 2,571 | $ 2,571 | $ 2,571 | $ 15,152 | |
| **Payroll Expenses** | **$134,882** | **$ 23,302** | **$ 23,302** | **$ 23,302** | **204,787** | **41%** |
| **Total Advertising & Marketing** | **$27,002** | **$ 4,500** | **$ 4,500** | **$ 4,500** | **$40,503** | **8%** |
| **General Adminstrative Expenses** | | | | | | |
| Gen. Liability Insurance Coverage | $ 4,102 | $ 2,051 | $ - | $ - | $ 6,153 | |
| Worker's Compensation Insurace | $ 3,564 | $ - | $ 1,782 | $ - | $ 5,346 | |
| Professional Services | $ 7,600 | | $ - | $ - | $ 7,600 | |
| **Total General & Admin Expenses** | **$23,166** | **$ 6,001** | **$ 1,782** | **$ -** | **$30,949** | **6%** |
| **Operating Expenses** | | | | | | |
| Equipment Rental | $ 3,625 | $ - | $ - | $ 3,625 | $ 3,625 | |
| Permits | $ - | $ - | $ - | $ - | $ - | |
| Rent & Lease of Buildings | $ 11,042 | $ - | | $ - | $ - | |
| Taxes & Licenses | $ - | $ - | $ - | $ - | $ - | |
| **Total Operating Expenses** | **$14,666** | **$ -** | **$ -** | **$ 3,625** | **$18,291** | **4%** |
| **Fleet Expenses** | | | | | | |
| Vehicle Insurance | $ 14,660 | | | $ 7,330 | $ 21,990 | |
| Gas | $ 20,265 | $ 3,378 | $ 3,378 | $ 3,378 | $ 30,398 | |
| Repair & Maintenance | $ 5,129 | $ 855 | $ 855 | $ 855 | $ 7,694 | |
| **Total Fleet Expenses** | **$40,054** | **$ 4,232** | **$ 4,232** | **$ 11,562** | **$60,082** | **12%** |
| Utilities | $3,197 | $ 533 | $ 533 | 533 | $4,795 | 1% |
| **Total Expenses** | **$215,965** | **$ 34,068** | **$ 29,849** | **$ 39,022** | **$318,904** | **64%** |
| **Net Operating Income** | **$43,314** | **$ 8,403** | **$ 12,622** | **3,449** | **$67,788** | **14%** |
| 10% Expense Variance | $ (18,142) | $ (3,407) | $ (2,985) | $ (3,902) | (28,436) | |
| **Estate Income** | **$ 21,717** | **$ 4,996** | **$ 9,637** | **$ (453)** | **35,897** | |
| **Estate Cash Flow** | **$ 21,717** | **$ 26,713** | **$ 36,350** | **35,897** | | |
| **Estate Expenses** | | | | | | |
| **Adminstrative Expense Carve Out** | $ 6,738 | $ 5,000 | $ 1,738 | $ - | $ 13,476 | |
| **SBA Adequate Protection Payment** | $ 2,967 | $ - | $ - | $ - | 2,967 | |
| **Adequate Protection Payments(Fleet and Equipment)** | | | | | | |
| A.P Equipment Financing | | $ 49.33 | $ 49.33 | 49.33 | | |
| Ally Bank | | $ 172.07 | $ 172.07 | 172.07 | | |
| Community Trust Bank | | $ 894.26 | To be paid per ECF No. 72 | | | |
| First Citizen Bank & Trust Company | | $ 273.05 | $ 273.05 | 273.05 | | |
| Huntington Bank | To be distributed pro rata | $ 50.98 | $ 50.98 | 50.98 | | |
| Kubota Credit Corporation, U.S.A. | | $ 128.53 | $ 128.53 | 128.53 | | |
| M&T Bank | | $ 67.33 | $ 67.33 | 67.33 | | |
| Mercedes Benz Financial | | $ 187.34 | $ 187.34 | 187.34 | | |
| Toyota Commercial Finance | | $ 415.46 | $ 415.46 | 415.46 | | |
| Western Equipment Finance | | $ 100.48 | $ 100.48 | 100.48 | | |
| **Adequate Protection Pymnts** | **$ 6,475.23** | **$ 2,338.84** | **$ 1,444.58** | **$ 1,444.58** | **$ 11,703.24** | |
| | | | | | $28,146 | |
| | | | | | $7,751 | |