UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE

FAST FLOW PLUMBING, LLC                              CASE NO. 24-50346

DEBTOR(S)

ORDER

This matter having come on for hearing on the Court's Orders to show cause [ECF Nos. 56 and 61] related to Trustee Michael Wheatley,

It is ORDERED that the show cause Orders [ECF Nos. 56 and 61] are REMANDED.

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Monday, May 6, 2024
(grs)