**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| In re:  Fast Flow Plumbing | Case No. 24-50346-grs |
| Debtor | Chapter 11 |

## DEBTOR'S WITHDRAWAL OF DOCUMENT NO. 82

Fast Flow Plumbing ("Debtor"), by and through undersigned counsel, hereby withdraws Debtor's Monthly Operating Report filed as ECF N0. 82.

Respectfully,

*/s/ J. Christian Dennery*
J. Christian A. Dennery (KBA No. 95878)
Dennery, PLLC
PO Box 121241
Covington, KY 41012
Tel: 859-445-5495
Fax: 859-386-2687
jcdennery@dennerypllc.com
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2024, a copy of the foregoing withdrawal was served electronically through the Court's ECF System to all parties registered to receive notices in the above captioned case.

*/s/ J. Christian Dennery, Esq*