**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| In re | : | Case No. 24-50346 |
| Fast Flow Plumbing, LLC | : | Chapter 11– Subchapter V |
| Debtor | : | Small business case |
| | : | Hon. Gregory R. Schaaf |
| | | United States Bankruptcy Judge |

**FINAL ORDER AUTHORIZING DEBTOR IN POSSESSION TO USE CASH COLLATERAL**

This matter having come before the Court at a hearing on Debtor in Possession's First Day Motion for the Entry of an Interim Order Authorizing Debtor in Possession to Use Cash Collateral and Establishing Adequate Protection Payments [ECF No. 15]. Debtor having been authorized on an interim basis to use cash collateral and to segregate adequate protection payments for the benefit of secured lenders pursuant to various extensions of the initial interim order [ECF Nos. 44, 60]. A final hearing on the matter having been held and the Court being otherwise sufficiently advised, **IT IS ORDERED:**

1. Debtor is authorized to use cash collateral in accordance with the Final Cash Collateral Budget attached hereto with an allowance for a variance in operating expenditures of not more than 10%.

2. Debtor is furthermore authorized to use cash collateral to establish a reserve for adminstrative expenses in the amounts set forth in the Final Cash Collateral Budget.

3. Debtor is authorized to use cash collateral to make monthly payments of $2,459.00 directly to the U.S. Small Business Administration as adequate protection for its lien against the cash collateral.

4. Unless otherwise agreed to pursuant to a final order, Debtor shall continue to segregate from the cash collateral adequate protection payments on a weekly basis in amounts equal to those set forth in the Final Cash Collateral Budget for the benefit of the secured lenders.

5.     Pursuant to KYEB LBR 2081-3(e), the debtor in possession shall, within two (2) days of the entry of this order, serve a copy of the order on all parties in interests, the creditors described in FRBP 1007(d), all secured creditors, the U.S. Trustee, and the Subchapter V Trustee.

**SO ORDERED**,

**FINAL CASH COLLATERAL BUDGET**
March 26, 2024 through October 31, 202

| | 2nd Interim Cash Collateral (Totals 3/26/24 to 05/05/24) | 3rd Interim Cash Collateral (Totals through 05/26/24) | May 27 thru 6/30/2024 (5 Wks) | Jul-24 | 8/1/2024 (5 Wks) | Sep-24 | Totals 3/26/2024 to 10/31/2024 | % of Sales |
|---|---|---|---|---|---|---|---|---|
| | 0% | Est. Increase/Decrease (month-over-month): | | | | -20% | | |
| **Income** | Actual Sales | | | | | | | |
| Sales | $ 334,105 | $ 161,030 | $ 275,075.00 | $ 212,000 | $ 265,000 | $ 212,000 | | |
| **Total Income** | $ 334,105 | $ 495,135 | $ 275,075 | $ 212,000 | $ 265,000 | $ 212,000 | $ 1,459,210 | 100% |
| | Decrease in Material Costs (month-to month) | | | | | | | |
| **Cost of Goods Sold** | | | | | | | | |
| Job Materials | $ 80,636 | $ 111,031 | $ 54,647 | $ 42,116 | $ 52,646 | $ 42,116 | | |
| **Total Cost of Goods Sold** | $80,636 | $111,031 | $ 54,647 | $ 42,116 | $ 52,646 | $ 42,116 | $ 302,557 | 21% |
| **Gross Profit / Cash Collateral** | $ 253,469 | $384,104 | $ 220,428 | $ 169,884 | $ 212,354 | $ 169,884 | $ 1,156,653 | 79% |
| **Expenses** | | | | | | | | |
| **Payroll Expenses** | | | | | | | | |
| Management | $ 22,151 | $ 39,560 | $ 23,212 | $ 23,212 | $ 29,015 | $ 23,212 | | |
| Office | $ 5,462 | $ 12,745 | $ 9,710 | $ 9,710 | $ 12,137 | $ 9,710 | | |
| Technicians and Labor | $ 42,813 | $ 80,315 | $ 50,003 | $ 50,003 | $ 62,503 | $ 50,003 | | |
| Withholding - ER Contributions | $ 7,097 | $ 14,809 | $ 10,283 | $ 10,283 | $ 12,853 | $ 10,283 | | |
| **Payroll Expenses** | $ 144,964 | $ 214,870 | $ 93,207 | $ 93,207 | $ 116,509 | $ 93,207 | $ 611,000 | 42% |
| **Total Advertising & Marketing** | $27,002 | $40,503 | $ 27,508 | $ 21,200 | $ 26,500 | $ 21,200 | $ 136,911 | 9% |
| **General Adminstrative Expenses** | | | | | | | | |
| Gen. Liability Insurance Coverage | $ 4,102 | $ 6,153 | $ 2,051 | $ 2,051 | $ 2,051 | $ 2,051 | | |
| Worker's Compensation Insurance | $ 3,564 | $ 5,346 | $ 1,782 | $ 1,782 | $ 1,782 | $ 1,782 | | |
| Professional Services | $ 7,600 | $ 7,600 | $ - | $ - | $ - | $ - | | |
| **Total General & Admin Expenses** | $23,166 | $30,949 | $ 3,833 | $ 3,833 | $ 3,833 | $ 3,833 | $46,281 | 3% |
| **Operating Expenses** | | | | | | | | |
| Equipment Rental | $ 3,625 | $ 7,249 | $ 3,625 | $ 3,625 | $ 3,625 | $ 3,625 | | |
| Permits | $ - | $ - | | | | | | |
| Rent & Lease of Buildings | $ 11,042 | $ 11,042 | $ 5,096 | $ 5,096 | $ 5,096 | $ 5,096 | | |
| Taxes & Licenses | $ - | $ - | | | | | | |
| **Total Operating Expenses** | $14,666 | $18,291 | $ 8,721 | $ 8,721 | $ 8,721 | $ 8,721 | $53,174 | 4% |
| **Fleet Expenses** | | | | | | | | |
| Vehicle Insurance | $ 14,660 | $ 21,990 | $ 7,330 | $ 7,330 | $ 7,330 | $ 7,330 | | |
| Gas | $ 20,265 | $ 30,398 | $ 13,510 | $ 13,510 | $ 13,510 | $ 13,510 | | |
| Repair & Maintenance | $ 5,129 | $ 7,694 | $ 3,420 | $ 3,420 | $ 3,420 | $ 3,420 | | |
| **Total Fleet Expenses** | $40,054 | $60,082 | $ 24,260 | $ 24,260 | $ 24,260 | $ 24,260 | $ 157,120 | 11% |
| Utilities | $3,197 | $4,795 | $2,664 | $2,664 | $2,664 | $2,664 | $15,450 | 1% |
| **Total Expenses** | $226,048 | $328,986 | $ 132,684 | $ 132,684 | $ 155,986 | $ 132,684 | $ 883,026 | 61% |
| **Net Operating Income** | $27,421 | $55,117 | $ 87,743 | $ 37,199 | $ 56,368 | $ 37,199 | $ 273,627 | 19% |
| 10% Expense Variance | $ (22,605) | $ (32,899) | $ (13,268) | $ (13,268) | $ (15,599) | $ (13,268) | $ (88,303) | |
| **Estate Income** | $ 4,817 | $ 22,219 | $ 74,475 | $ 23,931 | $ 40,770 | $ 23,931 | $ 185,325 | |
| **Estate Cash Flow** | | | $ 96,694 | $ 120,624 | $ 161,394 | $ 185,325 | | |
| **Estate Expenses** | | | | | | | | |
| Court Fees | | $ - | $ - | $ - | $ - | $ - | | |
| Sub V Chapter Trustee Reserve | $ - | $ - | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | | |
| Dennery PLLC Reserve | | $ - | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | | |
| Estate Accounting Services | $ - | $ - | $ - | $ - | $ 5,000 | $ 5,000 | | |
| **Adminstrative Expenses** | $ 6,738 | $ 13,476 | $ 4,500 | $ 4,500 | $ 9,500 | $ 9,500 | $ 41,476 | |
| **Adequate Protection Payments(Fleet and Equipment)** | | | | | | | | |
| SBA Adequate Protection Payments | $ 2,967 | $ 2,967 | $ 2,967 | $ 2,967 | $ 2,967 | $ 2,967 | $ 17,802 | |
| A.P Equipment Financing | POC No. 6 | | $ 217.01 | $ 217.01 | $ 217.01 | $ 217.01 | | |
| Ally Bank | POC No. 15 | | $ 284.21 | $ 284.21 | $ 284.21 | $ 284.21 | | |
| Community Trust Bank | Paid per ECF No. 72 | | $ 894.26 | $ 894.26 | $ 894.26 | $ 894.26 | | |
| First Citizen Bank & Trust Company | POC No. 2 | | $ 802.82 | $ 802.82 | $ 802.82 | $ 802.82 | | |
| First Citizen Bank & Trust Company | POC No. 3 | | $ 673.86 | $ 673.86 | $ 673.86 | $ 673.86 | | |
| Huntington Bank | POC No. 14 | | $ 221.52 | $ 221.52 | $ 221.52 | $ 221.52 | | |
| Kubota Credit Corporation, U.S.A. | POC No. 18 | | $ 118.39 | $ 118.39 | $ 118.39 | $ 118.39 | | |
| Kubota Credit Corporation, U.S.A. | POC No. 19 | | $ 225.85 | $ 225.85 | $ 225.85 | $ 225.85 | | |
| Kubota Credit Corporation, U.S.A. | POC No. 20 | | $ 264.23 | $ 264.23 | $ 264.23 | $ 264.23 | | |
| M&T Bank | POC No. 16 | | $ 349.99 | $ 349.99 | $ 349.99 | $ 349.99 | | |
| Mercedes Benz Financial | | | $ 811.20 | $ 811.20 | $ 811.20 | $ 811.20 | | |
| Toyota Commercial Finance | POC No. 7 | | $ 1,785.69 | $ 1,785.69 | $ 1,785.69 | $ 1,785.69 | | |
| Western Equipment Finance | | | $ 435.08 | $ 435.08 | $ 435.08 | $ 435.08 | | |
| **Adequate Protection Payments** | $ 6,475.23 | $ 10,808.98 | $ 7,084.11 | $ 7,084.11 | $ 7,084.11 | $ 7,084.11 | $ 39,145.41 | |
| | | | | | | **Total Estate Expenses** | $98,423 | |
| | | | | | | **Plan Reserves** | $86,901 | |