## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXIGTON DIVISION

| | | |
|---|---|---|
| In re | : | Case No. 24-50346 |
| Fast Flow Plumbing, LLC | : | Chapter 11– Subchapter V |
| Debtor | : | Small business case |
| | : | |
| | : | Hon. Gregory R. Schaaf |
| | | United States Bankruptcy Judge |

### DEBTOR'S SUBCHAPTER V STATUS REPORT

Comes now Fast Flow Plumbing, LLC ("Debtor," the "company," or "Fast Flow"), by and through counsel, and for its Status Conference Report concerning efforts taken and that will be undertaken to attain a consensual plan of reorganization in accordance with 11 U.S.C. § 1188(c), Debtor states as follows:

**A. The Case.**

1. Debtor filed protection under subchapter V of chapter 11 on March 26, 2024.

2. An Initial Debtor Interview was conducted on April 10, 2024, by the office of the UST Trustee. Debtor has provided the U.S. Trustee's Office with all of the documents requested at the IDI and as part of the UST's normal operating procedures.

3. Debtor's § 341 meeting was held on April 23, 2024.

4. Debtor filed and obtained orders on the following first day motions:

   (a) Debtor's Application for an Interim and Final Order Authorizing the Employment of J. Christian Dennery, and Dennery, PLLC as Counsel for Debtor and Debtor in Possession [ECF No 42.];

   (b) Debtor's Motion for an Interim Order Authorizing Debtor to Maintain its Existing Bank Accounts [ECF No. 43];

   (c) Debtor's Amended Motion for the Entry of an Interim Order Authorizing Debtor to Use Cash Collateral and establishing Adequate Protection Payments [ECF No. 44].

    (d) Debtor's Motion for Entry of an Order Authorizing Debtor to Pay Prepetition Wages [ECF No. 45];

5.     Debtor obtained two extensions of its cash collateral motion. [ECF Nos. 60 and 81]. A final hearing on Debtor's motion for the use of cash collateral is scheduled for May 23, 2024.

6.     Debtor sought and obtained an extension of time to file its the first monthly operating report. The Monthly Operating Report for the last 5 days of March 2024 was filed on May 8, 2024 [ECF No. 84]. Debtor continues to operate its business and to perform its duties under Section 1184 of the Bankruptcy Code.

    **B. The Claims.**

7.     Debtor scheduled $2,237,862.35 in total liabilities including $1,132,684.27 [ECF no. 66]. in claims secured against company vehicles and equipment with an estimated value of . $1,050,097.70 [ECF no. 50]. Debtor's largest unsecured creditors include various Merchant Cash Advance Companies, all of which having been scheduled as contingent, unliquidated, and/or disputed.

8.     As of the date of this report, 21 claims have been filed, including one by the U.S. Small Business Administration, which hold a lien all-asset against the company assets including the cash collateral.

9.     The Internal Revenue Service filed a claim for $512,405.06. A representative from the IRS appeared at the 341 meeting and confirmed that the withholding amounts were on deposit with the IRS. Apparently, the returns had not been filed by the company's CPA. Debtor is currently seeking to retain the service of a new CPA.

### C. Current Efforts at Reorganization.

10. Consistent revenues are the key to a successful reorganization of the Debtor. The company's sales are directly attributable to the number of Service Vehicles in service at any one time. The company estimates that each one of its service vehicles can generate anywhere from $25K to $40K per month in gross sales. The use of company vehicles and equipment is crucial to the successful reorganization.

11. Debtor is in the process of recovering three service vehicles that were repossessed; one being a Mercedes-Benz Sprinter Van, which was repossessed pre-petition by creditor Mercedes-Benz Financial Services. Mercedes-Benz refuses to turn over the vehicle and on April 26, 2024, Debtor filed an adversary case for the turnover of estate property. [Adv Case 24-ap-5012].

12. Two more service vehicles were repossessed post-petition by the Fayette County Sheriff pursuant to the writ of execution related to a judgment entered against Mr. Donald Fitzpatrick personally who is the title of the vehicles in question. Mr. and Mrs. Fitzpatrick, the owners of the company, have since filed for personal bankruptcy, and are making efforts to recover the service vehicles.

13. Debtor is also focused on re-organizing the company's books. Fast Flow has recently hired an in-house bookkeeper to take care of the daily entries and account reconciliations. Debtor has identified a new CPA firm for assistance with weekly payroll processing and tax reporting. Debtor has also begun the work of adjusting its revenue and cost model to achieve better visibility on its overall business operations.

### D. Current Efforts at Obtaining a Consensual Plan.

14. Debtor continues to work on resolving disputes with some secured lenders about adequate protection payments. The Bar Date has been established as Tuesday, June 4, 2024. [ECF No. 9]. Debtor is on track for filing a plan of reorganization by not later than June 24, 2024.

15. Debtor is preparing the work of classifying the claims, and drafting the plan of reorganization. Debtor believes that creditor participation will increase once the plan is finalized and filed.

16. Debtor's cash collateral budgets show that it can propose a feasible plan of reorganization.

17. Overall, Debtor is on track to: (1) remain administratively solvent for the duration of the case; and (2) formulate a feasible plan of reorganization that will benefit the creditors and the estate.

    Respectfully,
    */s/ J. Christian A. Dennery*
    J. Christian A. Dennery (KBA No. 95878)
    Dennery, PLLC
    7310 Turfway Rd, Suite 550
    Florence, KY 41042
    Tel. 859-692-3685
    Fax 859-286-6726
    jcdennery@dennerypllc.com
    *Attorney for Debtor and debtor in possession*

**CERTIFICATE OF SERVICE**

I certify the foregoing Status Report was served electronically on all parties registered to receive electronic notices through the Court's ECF system.

    */s/ J. Christian A. Dennery, Esq.*