**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| In re<br>Fast Flow Plumbing LLC<br>Debtor | Case No. 24-50346<br>Chapter 11– Subchapter V<br>Small business case<br><br>Hon. Gregory R. Schaaf<br>United States Bankruptcy Judge |

## MOTION FOR AN EXTENSION OF TIME TO FILE MONTHLY OPERATING REPORT

Comes now Fast Flow Plumbing LLC ("Debtor," "debtor in possession," the "company," or "Fast Flow"), by and through counsel, and hereby requests a 14-day extension to file its Monthly Operating Report for the month of April 2024.

1. Debtor filed a skeletal petition for relief under chapter 11 of the bankruptcy on March 26, 2024.

2. Debtor's monthly operating report for April is due on May 21, 2024.

3. As a reminder to the Court, Debtor's books were maintained by its accountant, Baldwin CPAs ("Baldwin"). Baldwin managed the payroll on a weekly basis, and files taxes on Debtor's behalf each year. Since 2018, Debtor's practice has been to turn over all financial records to Baldwin for the tax period at the end of the year or early in the new year.

4. Debtor employs a payroll clerk who would tabulate worker hours and reimbursements, and turn the records over to Baldwin for processing. Debtor did not have an in-house bookkeeper to manage the company accounts. Bookkeeping and account management had been done along with the taxes by Baldwin on a yearly basis.

5. As of the beginning of May, Debtor terminated Baldwin and hired a new in-house bookkeeper to manage the daily entries and reconcile the company accounts. Debtor has

      identified a new CPA firm for assistance with weekly payroll processing and tax reporting, and will be filing a motion to employ professionals shortly.

6. The work on the books is progressing quickly. However, until a new CPA has been hired, the new bookkeeper is running the company payroll, getting acclimate to the chapter 11 procedures and more generally the new position. Debtor needs more time to compile and formulate the monthly operating reports.

## NOTICE

7. Debtor is requesting that this motion to extend time be granted without notice or a hearing to allow the case to proceed as economically and expeditiously as possible.

      **WHEREFORE**, Debtor requests that this Court enter an order granting, without notice or hearing, a 14-day extension to file Debtor's Monthly Operating Report for April 2024.

      Respectfully,

*/s/ J. Christian Dennery*
J. Christian A. Dennery (KBA No. 95878)
Dennery, PLLC
PO Box 121241, Covington, KY 41012
Tel: 859-692-3685
Fax: 859-386-2687
jcdennery@dennerypllc.com
*Attorney for Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2024, a copy of the foregoing was served electronically through the Court's ECF System to all parties registered to receive notices in the above captioned case.

*/s/ J. Christian Dennery.*