**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

In re
Fast Flow Plumbing LLC
Debtor

Case No. 24-50346
Chapter 11– Subchapter V
Small business case

Hon. Gregory R. Schaaf
United States Bankruptcy Judge

**ORDER GRANTING 14-DAY EXTENSION TO FILE DEBTOR IN POSSESSION MONTHLY OPERATING REPORT**

This matter having come before the Court on Debtor's Motion for an Extension of Time to file Debtor in Possession Monthly Operating Report for the month of March 2024; the Court being sufficiently advised, **IT IS ORDERED:**

1. Debtor's motion is GRANTED;

2. Debtor shall have until Monday, Tuesday June 4, 2024, to file the Debtor in Possession Monthly Operating Report for the month of April 2024.

**SO ORDERED**,