**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

|  |  |  |
|---|---|---|
| In re<br>Fast Flow Plumbing LLC<br>Debtor | : <br> : <br> : <br> : <br> : <br> : | Case No. 24-50346<br>Chapter 11– Subchapter V<br>Small business case<br><br>Hon. Gregory R. Schaaf<br>United States Bankruptcy Judge |

**ORDER GRANTING 14-DAY EXTENSION TO FILE DEBTOR IN POSSESSION**
**MONTHLY OPERATING REPORT**

This matter having come before the Court on Debtor's Motion for an Extension of Time to file Debtor in Possession Monthly Operating Report for the month of March 2024; the Court being sufficiently advised, **IT IS ORDERED:**

1.    Debtor's motion is GRANTED;

2.    Debtor shall have until Monday, Tuesday June 4, 2024, to file the Debtor in Possession Monthly Operating Report for the month of April 2024.

       **SO ORDERED**,

_____

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, May 20, 2024**
**(grs)**