# Manheim Market Report

April 9, 2024 US Edition

## 2019 MERCEDES-BENZ SPRINTER 2500 2WD V6 TDSL EXT CARGO 3.0L HIGH ROOF
WD3PF1CD6**KP061147**

| Base MMR | MMR Adjustments | MMR Range |
|---|---|---|
| **$23,600** | Odometer: -- | $19,150 - $28,000 |
| Avg Odometer (mi): 131,142 | Region: -- | Adjusted MMR: -- |
| Avg Condition: 2.7 | Condition Report: -- | Estimated Retail Value |
|  | Color: -- | Based on Cox Automotive Retail Transactions |
|  | Numbers may not add exactly due to rounding<br>** AutoGrade™ or Manheim Express Grade | **$27,500** |

### Transactions | Showing 6 of 6

| Date | Price | Odo (mi) | Grade | Eng/T | Ext Color | Type | Region | Auction |
|---|---|---|---|---|---|---|---|---|
| 4/3/24 | $26,800 | 146,644 | 3.9 | 6DT/A | White | Regular | Southwest | Dallas |
| 4/2/24 | $21,200 | 118,526 | 2.7 | 6DT/A | Blue | Lease | Midwest | St Louis |
| 3/29/24 | $18,400 | 242,244 | 2.6 | 6DT/A | White | Regular | Southwest | Dallas-Fort … |
| 3/28/24 | $24,800 | 67,871 | 2.1 | 6DT/A | Blue | Lease | Northeast | Fredericksbu… |
| 3/21/24 | $18,500 | 158,629 | 2.2 | 6DT/A | White | Lease | Southeast | Palm Beach |
| 3/12/24 | $31,500 | 52,939 | -- | 6DT/A | Black | Regular | Southeast | Orlando |

Condition Reports from AutoGrade™ or Manheim Express Grade

### Historical Average

| Past 30 Days | 6 Months Ago | Last Year |
|---|---|---|
| $23,500 | $26,600 | $31,300 |
| 131,142 mi | 87,158 mi | 51,645 mi |

### Projected Average

Next Month
**$23,600**

### Estimated Retail Value
Based on Cox Automotive Retail Transactions

**$27,500**
Typical Range
$21,900 - $33,200

EXHIBIT B

# Manheim Market Report
April 9, 2024 US Edition

## 2023 MERCEDES-BENZ GLS 4D SUV GLS 450 4MATIC
4JGFF5KE1**PA922100**

| Base MMR | MMR Adjustments | MMR Range |
|---|---|---|
| **$76,900** | Odometer -- | $72,200 - $81,700 |
| Avg Odometer (mi) **10,405** | Region -- | Adjusted MMR -- |
| Avg Condition **4.7** | Condition Report -- | Estimated Retail Value Based on Cox Automotive Retail Transactions **$80,100** |
| | Color -- | |
| | Numbers may not add exactly due to rounding ** AutoGrade™ or Manheim Express Grade | |

### Transactions | Showing 25 of 44

| Date | Price | Odo (mi) | Grade | Eng/T | Ext Color | Type | Region | Auction |
|---|---|---|---|---|---|---|---|---|
| 4/4/24 | $73,500 | 19,305 | 4.8 | 6GT/A | Black | Regular | Southeast | Orlando |
| 4/4/24 | $79,000 | 11,355 | 4.8 | 6GT/A | Black | Factory | Southeast | Atlanta |
| 4/3/24 | $80,000 | 5,201 | 4.7 | 6GT/A | White | Regular | Southwest | Dallas |
| 4/3/24 | $80,500 | 3,441 | 4.9 | 6GT/A | Gray | Factory | West Coast | San Francisc... |
| 4/3/24 | $72,500 | 18,910 | 4.8 | 6GT/A | Black | Regular | Southwest | Dallas |
| 4/3/24 | $77,750 | 11,085 | 4.8 | 6GT/A | White | Lease | Southeast | Palm Beach |
| 4/3/24 | $75,000 | 16,989 | 4.5 | 6GT/A | Silver | Lease | Southeast | Orlando |
| 4/2/24 | $79,750 | 1,031 | 5.0 | 6GT/A | Gray | Factory | Southeast | Atlanta |
| 4/2/24 | $80,000 | 2,170 | 5.0 | 6GT/A | Gray | Factory | West Coast | Riverside |
| 4/2/24 | $80,750 | 2,691 | 5.0 | 6GT/A | Gray | Factory | West Coast | Riverside |
| 4/2/24 | $66,500 | 25,291 | 4.0 | 6GT/A | White | Lease | Southwest | Dallas |
| 4/1/24 | $77,600 | 10,900 | 4.7 | 6CY/A | Black | Regular | West Coast | Phoenix |
| 3/29/24 | $75,000 | 10,027 | 4.9 | 6CY/A | Red | Regular | West Coast | Utah |
| 3/29/24 | $70,250* | 5,217 | 3.5 | 6GT/A | Silver | Lease | West Coast | Nevada |
| 3/28/24 | $77,000 | 3,024 | 4.7 | 6GT/A | Gray | Factory | West Coast | Riverside |
| 3/27/24 | $81,250 | 2,845 | 4.9 | 6GT/A | Gray | Factory | West Coast | San Francisc... |
| 3/27/24 | $78,000 | 9,582 | 4.9 | 6GT/A | White | Regular | Southeast | Nashville |
| 3/27/24 | $82,500 | 685 | 5.0 | 6GT/A | Gray | Factory | West Coast | Riverside |
| 3/26/24 | $77,750 | 5,970 | 4.9 | 6GT/A | White | Regular | West Coast | Riverside |
| 3/26/24 | $78,500 | 6,991 | 4.6 | 6GT/A | Black | Factory | Southeast | Atlanta |
| 3/26/24 | $77,250 | 9,250 | 4.3 | 6GT/A | Black | Factory | Southeast | Atlanta |
| 3/26/24 | $81,250 | 1,469 | 4.2 | 6GT/A | Silver | Factory | Southeast | Atlanta |

\* Transactions not in sample
Condition Reports from AutoGrade™ or Manheim Express Grade

| Date ↓ | Price ↕ | Odo (mi) ↕ | Grade ↕ | Eng/T ↕ | Ext Color ↕ | Type ↕ | Region ↕ | Auction ↕ |
|---|---|---|---|---|---|---|---|---|
| 3/26/24 | $77,900 | 5,561 | 5.0 | 6GT/A | Black | Regular | Southeast | Statesville |
| 3/26/24 | $77,250 | 10,302 | 4.8 | 6GT/A | Silver | Factory | Southeast | Atlanta |
| 3/25/24 | $80,750 | 2,927 | 4.7 | 6GT/A | Gray | Factory | Southeast | Atlanta |

\* Transactions not in sample
Condition Reports from AutoGrade™ or Manheim Express Grade

## Historical Average

| Past 30 Days | 6 Months Ago | Last Year |
|---|---|---|
| **$76,700** | **$86,300** | **$91,100** |
| 10,405 mi | 6,901 mi | 11,296 mi |

## Projected Average

Next Month
**$76,100**

## Estimated Retail Value
Based on Cox Automotive Retail Transactions

**$80,100**
Typical Range
$76,900 - $83,300

# Manheim Market Report

April 9, 2024 US Edition

## 2020 MERCEDES-BENZ SPRINTER 2500 2WD V6 TDSL EXT CARGO 3.0L HIGH ROOF
W1Y4ECHY0LT024800

| Base MMR | MMR Adjustments | | MMR Range |
|---|---|---|---|
| **$30,300** | Odometer<br>-- | | $27,400 - $33,100 |
| Avg Odometer (mi)<br>**128,391** | Region<br>-- | | Adjusted MMR<br>-- |
| Avg Condition<br>**3.4** | Condition Report<br>-- | | |
| | Color<br>-- | | Estimated Retail Value<br>Based on Cox Automotive Retail Transactions<br>**$34,600** |
| | Numbers may not add exactly due to rounding<br>** AutoGrade™ or Manheim Express Grade | | |

### Transactions | Showing 8 of 8

| Date ↓ | Price | Odo (mi) | Grade | Eng/T | Ext Color | Type | Region | Auction |
|---|---|---|---|---|---|---|---|---|
| 3/27/24 | $31,000 | 72,391 | 3.4 | 6DT/A | White | Regular | West Coast | California |
| 3/27/24 | $26,500 | 110,454 | 2.1 | 6DT/A | White | Regular | Southwest | Dallas |
| 3/22/24 | $40,000 | 41,406 | 4.8 | 6DT/A | White | Regular | Northeast | Pennsylvania |
| 3/19/24 | $17,500 | 280,065 | 3.2 | 6DT/A | White | Regular | Northeast | Philadelphia |
| 3/15/24 | $20,000 | 338,690 | 2.0 | 6DT/A | White | Lease | Northeast | Pennsylvania |
| 3/14/24 | $27,500 | 124,661 | 3.5 | 6DT/A | White | Lease | West Coast | Southern Cal… |
| 3/13/24 | $40,000 | 36,582 | 4.2 | 6DT/A | White | Regular | Southwest | Dallas |
| 3/12/24 | $39,400 | 22,876 | 4.3 | 6CY/A | -- | Regular | West Coast | myCentralAu… |

Condition Reports from AutoGrade™ or Manheim Express Grade

### Historical Average

| Past 30 Days | 6 Months Ago | Last Year |
|---|---|---|
| **$30,200** | **$35,000** | **$42,300** |
| 128,391 mi | 81,377 mi | 27,017 mi |

### Projected Average

Next Month
**$30,100**

### Estimated Retail Value
Based on Cox Automotive Retail Transactions

**$34,600**
Typical Range
$29,500 - $39,600

# Manheim Market Report
April 9, 2024 US Edition

## 2019 MERCEDES-BENZ SPRINTER 2500 2WD V6 TDSL EXT CARGO 3.0L HIGH ROOF
WD4PF1CD1**KP035860**

| Base MMR | MMR Adjustments | MMR Range |
|---|---|---|
| **$23,600** | Odometer -- | $19,150 - $28,000 |
| Avg Odometer (mi) 131,142 | Region -- | Adjusted MMR -- |
| Avg Condition 2.7 | Condition Report -- | Estimated Retail Value Based on Cox Automotive Retail Transactions |
|  | Color -- | $27,500 |

Numbers may not add exactly due to rounding
** AutoGrade™ or Manheim Express Grade

## Transactions | Showing 6 of 6

| Date | Price | Odo (mi) | Grade | Eng/T | Ext Color | Type | Region | Auction |
|---|---|---|---|---|---|---|---|---|
| 4/3/24 | $26,800 | 146,644 | 3.9 | 6DT/A | White | Regular | Southwest | Dallas |
| 4/2/24 | $21,200 | 118,526 | 2.7 | 6DT/A | Blue | Lease | Midwest | St Louis |
| 3/29/24 | $18,400 | 242,244 | 2.6 | 6DT/A | White | Regular | Southwest | Dallas-Fort … |
| 3/28/24 | $24,800 | 67,871 | 2.1 | 6DT/A | Blue | Lease | Northeast | Fredericksbu… |
| 3/21/24 | $18,500 | 158,629 | 2.2 | 6DT/A | White | Lease | Southeast | Palm Beach |
| 3/12/24 | $31,500 | 52,939 | -- | 6DT/A | Black | Regular | Southeast | Orlando |

Condition Reports from AutoGrade™ or Manheim Express Grade

## Historical Average

| Past 30 Days | 6 Months Ago | Last Year |
|---|---|---|
| $23,500 | $26,600 | $31,300 |
| 131,142 mi | 87,158 mi | 51,645 mi |

## Projected Average

Next Month
**$23,600**

## Estimated Retail Value
Based on Cox Automotive Retail Transactions

**$27,500**
Typical Range
$21,900 - $33,200

# Manheim Market Report

April 9, 2024 US Edition

## 2021 MERCEDES-BENZ SPRINTER 2500 2WD V6 TDSL EXT CARGO 3.0L HIGH ROOF
W1Y4ECHYX**MT060270**

| | | |
|---|---|---|
| **Base MMR** $32,800 | **MMR Adjustments** | **MMR Range** $27,900 - $37,700 |
| Avg Odometer (mi): 91,165 | Odometer: -- | Adjusted MMR: -- |
| Avg Condition: 3.7 | Region: -- | Estimated Retail Value (Based on Cox Automotive Retail Transactions): $40,100 |
| | Condition Report: -- | |
| | Color: -- | |
| | Numbers may not add exactly due to rounding. ** AutoGrade™ or Manheim Express Grade | |

### Transactions | Showing 6 of 6

| Date | Price | Odo (mi) | Grade | Eng/T | Ext Color | Type | Region | Auction |
|---|---|---|---|---|---|---|---|---|
| 3/27/24 | $45,000 | 15,629 | 4.9 | 6DT/A | White | Regular | Southeast | Nashville |
| 3/15/24 | $44,500 | 6,796 | 4.2 | 6DT/A | White | Regular | Southeast | Fort Lauderd… |
| 3/13/24 | $42,000 | 15,624 | 4.4 | 6CY/A | White | Regular | West Coast | Utah |
| 3/7/24 | $27,500 | 115,017 | 1.8 | 6DT/A | White | Lease | Northeast | Pennsylvania |
| 3/6/24 | $18,250 | 180,054 | 2.5 | 6DT/A | White | Lease | Southeast | Nashville |
| 2/29/24 | $20,800 | 213,871 | 4.6 | 6DT/A | White | Regular | Northeast | New Jersey |

Condition Reports from AutoGrade™ or Manheim Express Grade

## Historical Average

**Past 30 Days**
$43,800
12,683 mi

**6 Months Ago**
$45,900
32,151 mi

**Last Year**
$48,100
57,046 mi

## Projected Average

**Next Month**
$32,500

## Estimated Retail Value
Based on Cox Automotive Retail Transactions

**$40,100**
Typical Range
$33,600 - $46,500