**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 24-50346 |
| | ) | Chapter 11 – Subchapter V |
| Fast Flow Plumbing, LLC, | ) | Small business case |
| | ) | |
| Debtor. | ) | Hon. Gregory R. Schaaf |
| | ) | United States Bankruptcy Judge |

**ORDER GRANTING MERCEDES-BENZ FINANCIAL SERVICES USA LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION**

This matter is before the Court on the motion of Mercedes-Benz Financial Services USA LLC's ("MBFS") for Relief from the Automatic Stay or, in the alternative, for Adequate Protection (Docket No. 100). The Court, having reviewed the motion, the response, if any, and being otherwise sufficiently advised, finds the motion should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that MBFS's Motion for Relief from the Automatic Stay or, in the alternative, for Adequate Protection is granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the automatic stay shall be, and hereby is, terminated, such that MBFS may repossess, sell, and otherwise exercise its state and federal law remedies, as to the following equipment:

2023 Mercedes Benz GLS450W4, Account 5002343582001, VIN 4JGFF5KE1PA922100

2019 Mercedes-Benz M2CA76, Account 5001395913001, VIN WD3PF1CD6KP061147

2020 Mercedes-Benz M2CA76, Account 5001740809001, VIN W1Y4ECHY0LT024800

2021 Mercedes-Benz M2CA76, Account 5002022137001, VIN W1Y4ECHYXMT060270

2019 Mercedes-Benz M2CA76, Account 5001329486001, VIN WD4PF1CD1KP035860

IT IS FURTHER ORDERED that the Debtor shall cooperate with MBFS to surrender said equipment;

IT IS FURTHER ORDERED that the 14-day stay prior to enforcement of the order for relief from stay pursuant to Bankruptcy Rule 4001(a)(3) shall be and hereby is waived.

**SO ORDERED,**

Tendered by:

*/s/ Erika R. Barnes*
Erika R. Barnes (KY Bar No. 90402)
STITES & HARBISON PLLC
401 Commerce Street, Suite 800
Nashville, TN  37219
Telephone:  (615) 782-2200
Email: ebarnes@stites.com
*Counsel for Mercedes-Benz Financial Services USA LLC*