**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory R. Schaaf**

IN RE:                                                                                    CASE NUMBER 24-50346

Fast Flow Plumbing, LLC

### U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 05/23/2024                                                                    TIME: 09:00

ISSUE:

| 15 | 03/29/2024 | Motion for Use of Cash Collateral, filed by Fast Flow Plumbing, LLC. Hearing scheduled for 4/4/2024 at 09:30 AM at Lexington Courtroom, 2nd Floor. (Attachments: # 1 Exhibit US SBA UCC-1 # 2 Exhibit US SBA _Loan Terms # 3 Exhibit Flash Funding UCC-1 # 4 Exhibit Interim Cash Collateral Budget # 5 New Proposed Order Tendered. See ECF No. 25. Proposed Order) (Dennery, J. Christian) Modified on 4/1/2024 (lmu). |

DISPOSITION:

Granted

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, May 23, 2024**
(rah)