UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE Gregory R. Schaaf

IN RE:                                                                                   CASE NUMBER 24-50346

Fast Flow Plumbing, LLC

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 05/23/2024                                                                          TIME: 09:00

ISSUE:

| | |
|---|---|
| 9   03/28/2024 | Order Setting Status Conference and Other Deadlines in Subchapter V Case. Status Conference to be held on 5/23/2024 at 09:00 AM at Lexington Courtroom, 2nd Floor. Proof of Claim due by 6/4/2024. (lmu) |

DISPOSITION:

Other

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge
Dated: Thursday, May 23, 2024**
(rah)