**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| In re:  Fast Flow Plumbing, LLC<br>Debtor | Case No. 24-50346<br>Chapter 11<br>Hon. Gregory R. Schaaf<br>U.S Bankruptcy Judge |

**ORDER SETTING ASIDE THE ORDER OF RELIEF**

Debtor, having filed a motion for the entry of an Order Setting Aside the Order Sustaining Toyota Industries Commercial Finance Inc's motion for relief from stay, or in the Alternative for Adequate Protection entered on June 2, 2024. [ECF No. 113; the "Relief Order"]; and Debtor's counsel having set forth facts that support that the counsel's failure to timely file a response to Creditor's motion was due to excusable neglect; and that vacating the order would not prejudice any parties in interest and would be appropriate under §105; **IT IS ORDERED**:

1. Debtor's Motion is GRANTED.

2. The Relief Order is VACATED

3. The parties shall have 14 days to enter into an agreed order on adequate protection payments.

**SO ORDERED**,